# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

U.S.A.                                                 CITATION/CASE NO._____

V.

_____ ***JUDGMENT and ORDER TO PAY***

SOCIAL SECURITY #:_____
DATE OF BIRTH:_____
DRIVER'S LICENSE #: _____
ADDRESS: _____
         _____
                City                     State              Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT OR PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS: **NOTE: FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT.*

DATE: _____          _____
                                                                         Defendant's Signature

_____
**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

( ) Penalty **ASSESSMENT** of $ _____     ( ) **RESTITUTION** of $ _____

( ) **PROCESSING Fee** of $_____       ( ) **FINE** of $ _____

for a **TOTAL AMOUNT** of $ _____,

paid within _____ **OR** payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL** - **note late payments could be subject to late/delinquent charges imposed by C.V.B.**

( ) REVIEW/ Post Sentencing HEARING DATE: _____ at _____ a. m. / p. m. in Courtroom _____
( ) Compliance HEARING: _____ at _____ a. m. / p. m. in Courtroom _____
( ) RESTITUTION / VICTIM information _____
_____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk Of Court.
( ) TRAFFIC SCHOOL by _____ with Proof mailed to _____
( ) PROBATION to be unsupervised / supervised for: _____
_____
_____
_____
**Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

     CENTRAL VIOLATIONS BUREAU          CLERK U.S.D.C.             CLERK U.S.D.C
     PO Box 71363                              501 "I" St., #4-200           2500 Tulare St., Rm 1501
     Philadelphia, PA 19176-1363           Sacramento, CA 95814      Fresno, CA 93721
     1-800-827-2982

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: _____        _____
                                                                        U.S. MAGISTRATE JUDGE